UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1213

FILED
IN CLERKS OFFICE

2004 SEP 28  A 9: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

J. Michael McMahon
Acting Clerk of Court

*Deborah Donoghue*
-v-
Re: *Tweeter Home Entertainment et al*
Docket No.: *04 cv 524*

04-12073 GAO

MAGISTRATE JUDGE *Quin*

Dear:

Pursuant to an order of this court, the above entitled action is transferred to your distirct. The papers enclosed herewith constitute the entire file in this action. A certified copy of the order of transfer is included in lieu of the original, which is retained in our files.

The enclosed copy of the letter is for your convenience in acknowledging receipt of the file.

Yours truly,

J. Michael McMahon
Acting Clerk of Court

by: _____
Deputy Clerk

Federal Express # *8408 3967 4153*

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN**

AND ASSIGNED CASE NUMBER: _____ ON: _____

Clerk, United States District Court
by: _____
Deputy Clerk

JUDGE RAKOFF   CIVIL COVER SHEET   04 CV 00524

JS 44C/SDNY
REV. 1/97
WEB 12/02

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
DEBORAH DONOGHUE

**DEFENDANTS**
TWEETER HOME ENTERTAINMENT GROUP, INC.
and JEFFREY STONE

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
DAVID LOPEZ, ESQ.   631.287.5520
171 Edge Of Woods Rd., PO 323, Southamton, NY 11968

**ATTORNEYS (IF KNOWN)**
NOT KNOWN

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Shareholder Suit To Recover Short-Swing Profits And For Attorney Legal Fee In Connection Therewith Under 15 U.S.C. 78p(b)

JAN 22 2004

Has this or a similar case been previously filed in SDNY at any time? No ☒  Yes? ☐   Judge Previously Assigned

If yes, was this case Vol.☐ Invol.☐  Dismissed. No☐ Yes☐   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

ACTIONS UNDER STATUTES

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY

**TORTS**
**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 810 SELECTIVE SERVICE
[X] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**
**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____  OTHER Account & P:

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:
JUDGE   N/A   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

DORSEY & WHITNEY LLP
Richard H. Silberberg (RS-6222)
Marc S. Reiner, Esq. (MR-6669)
250 Park Avenue
New York, NY 10177
(212) 415-9200



Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TWEETER HOME ENTERTAINMENT ) <br> GROUP, INC. and JEFFREY STONE, ) <br> ) <br> Defendants. ) | Civil Action No.: 04 Civ. 0524 (JSR) |

### STIPULATION TRANSFERRING VENUE

The parties, through counsel, stipulate to a change of venue to the District of Massachusetts at Boston.

Upon approval and execution of this stipulation by the Court, the motion of the defendants to dismiss or in the alternative to transfer venue is withdrawn.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

Dated: March 22, 2004
      New York, New York

DORSEY & WHITNEY LLP

By: _____
Richard H. Silberberg (RS-6222)
Marc S. Reiner (MR-6669)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Richard J. Rosensweig (Pro Hac Vice)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Attorneys for Defendants

Dated: March 24, 2004
      Southampton, New York

By: _____
David Lopez (DL-6779)
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969
(631) 287-5520

Attorneys for Plaintiff

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.
New York, New York
March 30, 2004

-2-

**CLOSED**

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00524-JSR
### Internal Use Only

Donohue v. Tweeter Home Entertainment Group, Inc. et al
Assigned to: Judge Jed S. Rakoff
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/22/04
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**
-----------------------
**Deborah Donohue**

represented by **David Lopez**
171 Edge of Woods Road
P.O. Box 323
Southampton, NY 11969
(631) 287-5520
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------
**Tweeter Home Entertainment Group, Inc.**

represented by **Marc Schuyler Reiner**
Dorsey & Whitney LLP
250 Park Avenue
NY, NY 10177
(212) 415-9200
Fax : (212) 953-7201
Email: reiner.marc@dorseylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Rosensweig**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A CERTIFIED COPY
J. MICHAEL McMAHON,
CLERK
BY [signature]
DEPUTY CLERK

|  |  | **Richard Howard Silberberg**<br>Dorsey & Whitney LLP<br>250 Park Avenue<br>NY, NY 10177<br>(212) 415-9231<br>Fax : (212) 953-7201<br>Email: silberberg.richard@dorsey.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Jeffery Stone** | represented by | **Marc Schuyler Reiner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard J. Rosensweig**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Howard Silberberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 01/22/2004 | 1 | COMPLAINT against Jeffery Stone, Tweeter Home Entertainment Group, Inc.. (Filing Fee $ 150.00, Receipt Number 497112)Document filed by Deborah Donohue.(gf, ) (Entered: 01/23/2004) |
| 01/22/2004 |  | SUMMONS ISSUED as to Jeffery Stone, Tweeter Home Entertainment Group, Inc.. (gf, ) (Entered: 01/23/2004) |
| 01/22/2004 |  | Magistrate Judge Ronald L. Ellis is so designated. (gf, ) (Entered: 01/23/2004) |
| 03/01/2004 | 2 | CASE MANAGEMENT PLAN: First request for production of documents, if any, must be served by 3/10/04. Interrogatories due by 3/10/04. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by 5/28/04. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26 (a)(2) by 6/11/04. All depositions must be completed by 6/30/04. Request to Admit, if any, must be served by 6/1/04. Motions due by 3/24/2004. Responses due by 3/31/2004 Replies due by 4/5/2004. |

| | | |
|---|---|---|
| | | Discovery due by 6/30/2004. Oral Argument set for 4/12/2004 at 04:00 PM before Judge Jed S. Rakoff. Final Pretrial Conference set for 8/9/2004 at 04:00 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 3/1/04) (dfe, ) (Entered: 03/03/2004) |
| 03/01/2004 | 3 | MOTION (FILED ON SERVICE DATE) for Richard J. Rosensweig to Appear Pro Hac Vice. Document filed by Jeffery Stone, Tweeter Home Entertainment Group, Inc. (kw, ) (Entered: 03/04/2004) |
| 03/01/2004 | 4 | DECLARATION of Marc S. Reiner in Support re: [3] MOTION (FILED ON SERVICE DATE) for Richard J. Rosensweig to Appear Pro Hac Vice. Document filed by Jeffery Stone, Tweeter Home Entertainment Group, Inc. (kw, ) (Entered: 03/04/2004) |
| 03/01/2004 | | ***Attorney Richard J. Rosensweig for Jeffery Stone and Tweeter Home Entertainment Group, Inc. added. (kw, ) (Entered: 03/04/2004) |
| 03/01/2004 | 5 | ORDER granting [3] Motion for Richard J. Rosensweig to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 3/1/04) (kw, ) (Entered: 03/04/2004) |
| 03/04/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: [5] Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (kw, ) (Entered: 03/04/2004) |
| 03/08/2004 | 6 | MOTION (FILED ON SERVICE DATE) to Dismiss., MOTION (FILED ON SERVICE DATE) to Transfer Case. Document filed by Jeffery Stone, Tweeter Home Entertainment Group, Inc.. (dle, ) (Entered: 03/11/2004) |
| 03/11/2004 | 7 | NOTICE of Filing of Waivers of Service of Process by all defendants. Document filed by Jeffery Stone, Tweeter Home Entertainment Group, Inc. (sb, ) (Entered: 03/18/2004) |
| 03/31/2004 | 8 | STIPULATION AND ORDER; that the parties stipulate to a change of venue to the District of Massachusetts at Boston. Defendants motion to dismiss or in the alternative to transfer venue is withdrawn. (Signed by Judge Jed S. Rakoff on 3/30/04) (pl, ) Modified on 9/2/2004 (pl, ). (Entered: 04/06/2004) |
| 03/31/2004 | | ***Motion(s) terminated: [6] MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Transfer Case. filed by Jeffery Stone, Tweeter Home Entertainment Group, Inc.. (pl, ) (Entered: 04/06/2004) |
| 08/31/2004 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of |

|  |  | New York to the United States District Court - District of Massachusetts at Boston. Sent original file along with documents numbered 1-8, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8408 3967 4153 on 9/20/04. (pl, ) (Entered: 09/20/2004) |
|--|--|--|