UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH DONOGHUE,

    Plaintiff,

— against —

TWEETER HOME ENTERTAINMENT
GROUP, INC., ET AL.,

    Defendants.

Civil Action No. 04-12073-GAO

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by their respective attorneys, hereby stipulate to the dismissal of this action with prejudice each party to bear her, his or its costs.

Dated: Southampton, New York
      January 31, 2005

_____
David Lopez, Esq.
Attorney for Plaintiff
171 Edge of Woods Road, P.O. 323
Southampton, New York 11968
Tel:  631.287.5520
Fax:  631.283.4735

Dated: Boston, Massachusetts
      February 1, 2005

_____
Richard J. Rosensweig, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel:  617.482.1776
Fax:  617.574.4112

**SO ORDERED:**

_____
George A. O'Toole, Jr., U.S.D.J.
Dated: Boston, Massachusetts
February    , 2005